AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-CV-00538-JCC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **The Bank of New York Mellon FKA The Bank of New York**
was received by me on *(date)* **05/01/2019**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Rose Lista, Paralegal** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Wilmington Trust Company**
**1100 N. Market Street, Wilmington, DE 19801** on *(date)* **05/02/2019** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **05/03/2019**

_____
*Server's signature*

**William Cooper, Special Process Server**
*Printed name and title*

D.M. Professional Services
501 Silverside Road, Suite 72
Wilmington, DE 19809
*Server's address*

Additional information regarding attempted service, etc:
Served Summons & Complaint; Civil Cover Sheet; Amended Complaint; Order Regarding Discovery and Depositions on Rose Lista on 5/2/2019 @ 12:52PM, Asian Female, Black Hair, Approx. 40-45 Years Old, 5'4", Approx. 150 Pounds

D. M. PROFESSIONAL SERVICES
501 SILVERSIDE RD, STE 72
WILMINGTON, DE 19809
302-792-0558



Invoice #: 226131
Date: 05/01/2019
Federal Tax ID#: 51-0302413

THE LAW OFFICE OF ARTHUR ORTIZ
6015 CALIFORNIA AVE, SW NO. 203

SEATTLE , WA 98136

### INVOICE FOR SERVICE

| | |
|---|---|
| Service #302808: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1<br>KAREN D. SMITH v. THE BANK OF NEW YORK MELLON, ET AL | Your File#<br><br>Court Case #: 2:19-CV-00538-JCC |
| STANDARD SERVICE | $45.00 |
| PAPER CHARGE | $8.00 |

**TOTAL CHARGES:** **$53.00**

Payment: 05/01/2019        Check#: ( CC1506135912 )        -$53.00

**BALANCE:** **$0.00**

1