IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **KAREN D. SMITH**<br>Plaintiff/Petitioner<br>vs.<br>**THE BANK OF NEW YORK MELLON, ET AL.**<br>Defendant/Respondent | Cause No.: 2:19-CV-00538-JCC<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT [JURY DEMAND]; CIVIL COVER SHEET; ORDER REGARDING DISCOVERY AND DEPOSITIONS; AMENDED COMPLAINT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of May, 2019** at **3:08 PM** at the address of **500 UNION ST. SUITE 620, SEATTLE, King County, WA 98101**; this declarant served the above described documents upon **MTC FINANCIAL INC., DBA TRUSTEE CORPS c/o ALAN BURTON, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **ALAN BURTON, REGISTERED AGENT, Who accepted service, with identity confirmed by subject saying yes when named, a white male approx. 35-45 years of age, 6'2"-6'6" tall, weighing 200-240 lbs with brown hair with a goatee..**
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$49.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED          5/6/19          .

*(signature)*

**James Bradford, Reg. # 204960, King County**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: Ortiz, Arthur E
Ref #: K Smith v MTC Financial

Tracking #: 0036706491

