IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **KAREN D. SMITH**<br>Plaintiff/Petitioner<br>vs.<br>**THE BANK OF NEW YORK MELLON, ET AL.**<br>Defendant/Respondent | Cause No.: 2:19-CV-00538-JCC<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; AMENDED COMPLAINT; ORDER REGARDING DISCOVERY AND DEPOSITIONS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of May, 2019** at **2:40 PM** at the address of **300 DESCHUTES WAY SW STE 304, TUMWATER, Thurston County, WA 98501**; this declarant served the above described documents upon **NEW PENN FINANCIAL, LLP, D/B/A SHELLPOINT MORTGAGE SERVICING, LLC c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **JuaNita Heuy**, **REPRESENTATIVE, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject saying yes when named, a brown-haired Hispanic female approx. 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**.
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$79.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____**May 02, 2019**_____.

*Holly Hart* (signature)

Holly Hart, Reg. # 16-0509-05, Thurston County

For: Ortiz, Arthur E
Ref #: K Smith v New Penn et al

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

Tracking #: 0036704445
