THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH, | CASE NO. C19-0538-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants the Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SD1 and NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing (collectively "Defendants") and Plaintiff Karen Smith's stipulated motion to extend time for Defendants to file an answer. Finding good cause, the stipulated motion is GRANTED. Defendants shall file their answer to the complaint no later than June 6, 2019.

MINUTE ORDER
C19-0538-JCC
PAGE - 1

1       DATED this 28th day of May 2019.

                                                    <u>William M. McCool</u>
                                                    Clerk of Court

                                                    <u>s/Tomas Hernandez</u>
                                                    Deputy Clerk

MINUTE ORDER
C19-0538-JCC
PAGE - 2