THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH,<br><br>     Plaintiff,<br><br>   vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, and NEW PENN FINANCIAL LLP, d/b/a SHELLPOINT MORTGAGE SERVICING, LLC, MTC FINANCIAL, INC., DBA TRUSTEE CORPs, and MALCOLM & CISNEROS, A LAW CORPORATION,<br><br>     Defendants. | CASE NO. 2:19-cv-00538-JCC<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Malcolm ♦ Cisneros, A Law Corporation ("MC"), by and through its undersigned counsel hereby confirms that it has no parent company and no publicly held corporation owns 10% or more of its stock.

DATED: May 28, 2019                    Respectfully Submitted,

*/s/ Nathan F. Smith*
Nathan F. Smith, WSBA #43160
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California  92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org
Attorneys for Defendant Malcolm & Cisneros,
A Law Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Steven DeLeo
mdeleo@prklaw.com,rwhite@prklaw.com

Donald Gene Grant
don@dongrantps.com

Christina Latta Henry
chenry@HDM-legal.com,mainline@hdm-legal.com,HenryDeGraaffPS@jubileebk.net

Arthur E Ortiz
arthur@aeolegal.com,arthur@hrmseattle.com

Dated: May 28, 2019                                   _____
                                                      Christina Valenzuela
                                                      An employee of Malcolm ♦ Cisneros, ALC