THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH, | CASE NO. C19-0538-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff and Defendant MTC Financial Inc. d/b/a Trustee Corps' ("MTC") stipulation and proposed order (Dkt. No. 17). Finding good cause, the Court ADOPTS the parties' stipulation. MTC shall file its answer to Plaintiff's amended complaint no later than June 7, 2019.

//

//

//

MINUTE ORDER
C19-0538-JCC
PAGE - 1

1       DATED this 29th day of May 2019.

2                                     William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk