THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH,<br><br> Plaintiff,<br><br> vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, and NEW PENN FINANCIAL LLP, d/b/a SHELLPOINT MORTGAGE SERVICING, LLC, MTC FINANCIAL, INC., DBA TRUSTEE CORPs, and MALCOLM & CISNEROS, A LAW CORPORATION,<br><br> Defendants. | CASE NO. 2:19-cv-00538-JCC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR MALCOLM ♦ CISNEROS, A LAW CORPORATION, TO ANSWER PLAINTIFF'S AMENDED COMPLAINT** |

COME NOW, the undersigned attorneys of record for Plaintiff and defendant Malcolm ♦ Cisneros, A Law Corporation ("MC"), who hereby stipulate and agree that the MC's deadline to answer Plaintiff's Amended Complaint is extended from July 23, 2019 to September 13, 2019.

DATED: July 19, 2019                MALCOLM ♦ CISNEROS, A Law Corporation

By: */s/ Nathan F. Smith*
    Nathan F. Smith, WSBA #43160
    *Attorneys for Malcolm ♦ Cisneros, A Law Corporation*
    2112 Business Center Drive
    Irvine, California 92612
    Phone: (949) 252-9400
    Fax: (949) 252-1032
    Email: nathan@mclaw.org

DATED: July 19, 2019                THE LAW OFFICE OF ARTHUR ORTIZ

By: */s/ Arthur Ortiz*
    Arthur Ortiz, WSBA #26676
    *Attorneys for Plaintiff*
    6015 California Ave SW, Apt 203
    Seattle, Washington 98136
    Phone: (206) 898-5704
    Email: arthur@aeolegal.com

Dated: July 19, 2019                HENRY & DEGRAAFF, PS

By: */s/ Christina L. Henry*
    Christina L. Henry, WSBA #31273
    *Attorneys for Plaintiff*
    787 Maynard Ave S
    Seattle, Washington 98104
    Phone: (206) 330-0595
    Email: chenry@hdm-legal.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Steven DeLeo
mdeleo@prklaw.com,rwhite@prklaw.com

Donald Gene Grant
don@dongrantps.com

Christina Latta Henry
chenry@HDM-legal.com,mainline@hdm-legal.com,HenryDeGraaffPS@jubileebk.net

Arthur E Ortiz
arthur@aeolegal.com,arthur@hrmseattle.com

Nathan F. Smith
nathan@mclaw.org,cvalenzuela@mclaw.org

Dated: July 19, 2019 　　　　　　　　　　　*/s/ Christina Valenzuela*
　　　　　　　　　　　　　　　　　　　　　Christina Valenzuela
　　　　　　　　　　　　　　　　　　　　　An employee of Malcolm ♦ Cisneros, ALC