THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH, | CASE NO. C19-0538-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff and Defendant Malcolm Cisneros, a Law Corporation's, stipulation and proposed order to extend the deadline for responding to the complaint (Dkt. No. 40). Pursuant to the parties' stipulation, Defendant Malcolm Cisneros, a Law Corporation shall answer the complaint no later than September 13, 2019.

//

//

//

MINUTE ORDER
C19-0538-JCC
PAGE - 1

1       DATED this 22nd day of July 2019.

2                                          William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk