THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN D. SMITH,

        Plaintiff,

    v.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, *et al.*,

        Defendants.

CASE NO. C19-0538-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave to file a second amended complaint (Dkt. No. 43). Pursuant to Federal Rule of Civil Procedure 15(a)(2), the stipulated motion is granted. No later than August 9, 2019, Plaintiff shall file a non-redlined copy of the second amended complaint (Dkt. No. 43-1). No later than August 30, 2019, Defendants shall file their answers to the second amended complaint. Future case captions should change the name of Defendant New Penn Financial LLP, d/b/a Shellpoint Mortgage Servicing, LLC to NewRez LLC fka New Penn Financial LLC dba Shellpoint Mortgage

MINUTE ORDER
C19-0538-JCC
PAGE - 1

Servicing.

DATED this 6th day of August 2019.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk