UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BANK OF NEW YORK MELLON, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C19-0538-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed her motion to strike affirmative defenses on September 5, 2019. (Dkt. No. 49.) Plaintiff filed her motion for partial summary judgment on September 23, 2019. (Dkt. No. 53.) The Clerk is DIRECTED to renote Plaintiff's motion to strike affirmative defenses (Dkt. No. 49) to October 18, 2019. *See* W.D. Wash. Local Civ. R. 7(l).

DATED this 22nd day of October 2019.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk