The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN D. SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON f/k/a BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, and NEWREZ LLC, f/k/a NEW PENN FINANCIAL LLC, d/b/a SHELLPOINT MORTGAGE SERVICING, LLC, MTC FINANCIAL INC., d/b/a TRUSTEE CORPS, and MALCOLM & CISNEROS, A LAW CORPORATIION,<br><br>Defendants. | No.: 2:19-cv-00538-JCC<br><br>STIPULATED MOTION FOR ORDER RESETTING TRIAL DATE |

COME NOW the parties to this action, after having conferred, agree that it is appropriate under the current circumstances to continue the trial date of September 28, 2020 to January 18, 2021, or such other date as soon as practicable thereafter.

In the event that the Court reschedules the trial date to January 18, 2021, the parties propose the following amended schedule for the remaining deadlines in this case:

STIPULATED MOTION FOR ORDER RESETTING
TRIAL DATE
(NO. 2:19-CV-00538-JCC) - 1

PETERSON RUSSELL KELLY LIVENGOOD PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714

| CASE EVENT | PROPOSED DATE/DEADLINE |
|---|---|
| Trial Briefs | 1/14/2021 |
| Proposed Voir Dire/Jury Instructions | 1/14/2021 |
| Proposed Pretrial Order LCR 16(e) | 1/8/2021 |
| Plaintiff's Pretrial Statement LCR 16(h) | 11/20/2020 |
| Defendant's Pretrial Statement LCR 16(i) | 11/30/2020 |
| Engage in ADR | 11/20/2020 |
| Dispositive Motion Deadline (90 days before Trial) | 10/20/2020 |
| Discovery Cutoff (120 days before Trial) | 9/21/2020 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 8/24/2020 |

DATED: April 21, 2020.

PETERSON RUSSELL KELLY LIVENGOOD PLLC

By: *s/ Michael S. DeLeo*
    Michael S. DeLeo, WSBA #22037
    10900 NE 4th Street, Suite 1850
    Bellevue, WA 98004
    Phone: (425) 462-4700
    E-Mail: mdeleo@prklaw.com
    Attorneys for Defendant MTC Financial Inc., d/b/a Trustee Corps

DATED: April 21, 2020.

HENRY & DEGRAAFF, PS

By: *s/ Christina L. Henry*
    Christina L. Henry, WSBA #31273
    787 Maynard Ave S
    Seattle, WA 98104
    Phone: (206) 330-0595
    Email: chenry@hdm-legal.com
    Attorneys for Plaintiff

DATED: April 21, 2020.

THE LAW OFFICE OF ARTHUR ORTIZ

By: *s/ Arthur Ortiz*
    Arthur Ortiz, WSBA #26676
    6015 California Ave SW, Apt 203
    Seattle, WA 98136
    Phone: (206) 898-5704
    Email: arthur@aeolegal.com
    Attorneys for Plaintiff

DATED: April 21, 2020.

FORSBERG & UMLAUF, P.S.

By: *s/ A. Grant Lingg*
    A. Grant Lingg, WSBA #24277
    Lori W. Hurl, WSBA #40647
    901 Fifth Avenue, Suite 1400
    Seattle, WA 98164
    Phone: (206) 689-8500
    E-Mail: glingg@foum.law; lhurl@foum.law

STIPULATED MOTION FOR ORDER RESETTING TRIAL DATE
(NO. 2:19-CV-00538-JCC) - 2

**PETERSON RUSSELL KELLY LIVENGOOD PLLC**
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
**TELEPHONE (425) 462-4700 FAX (425) 451-0714**

Attorneys for Defendant Malcolm Cisneros, A Law Corporation

DATED: April 21, 2020.

DONALD G. GRANT, P.S.

By: *s/ Donald G. Grant*
 Donald G. Grant, WSBA # 15480
 1700 Main Street, Suite 245
 Washougal, WA 98671
 Phone: (360) 694-8488
 E-Mail: don@dongrantps.com
 Attorney for Defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificateholfers of the CWABS Inc., Asset-Backed Certificates, Series 2007-SD1 and NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing

DATED: April 21, 2020.

YU MOHANDESI LLP

By: *s/ Pavel Ekmekchyan*
 Pavel Ekmekchyan, Pro Hac Vice
 Williams Idleman, Pro Hac Vice
 633 West Fifth Street, Suite 2800
 Los Angeles, CA 90071
 Phone: (213) 418-9343
 E-Mail: pavel@yumollp.com;
 widleman@yumollp.com
 Attorneys for Defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificateholfers of the CWABS Inc., Asset-Backed Certificates, Series 2007-SD1 and NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing

STIPULATED MOTION FOR ORDER RESETTING TRIAL DATE
(NO. 2:19-CV-00538-JCC) - 3

**PETERSON RUSSELL KELLY LIVENGOOD PLLC**
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
**TELEPHONE (425) 462-4700 FAX (425) 451-0714**