1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KAREN D. SMITH,

        Plaintiff,

vs.

THE BANK OF NEW YORK MELLON
f/k/a BANK OF NEW YORK, AS
TRUSTEE FOR THE BENEFIT OF THE
CERTIFICATEHOLDERS OF THE
CWABS, INC. ASSET-BACKED
CERTIFICATES, SERIES 2007-SD1, and
NEWREZ LLC, f/k/a NEW PENN
FINANCIAL LLC, d/b/a SHELLPOINT
MORTGAGE SERVICING, LLC, MTC
FINANCIAL INC., d/b/a TRUSTEE
CORPS, and MALCOLM & CISNEROS, A
LAW CORPORATIION,

        Defendants.

No.: 2:19-cv-00538-JCC

ORDER GRANTING STIPULATED
MOTION FOR ORDER RESETTING TRIAL
DATE

        Based upon the stipulated motion by and between the parties to this action, through their

attorneys of record, and the Court having reviewed the files and records herein, it is now,

therefore:

ORDERED, ADJUDGED and DECREED that current date for the trial is stricken and reset to _____; it is further

ORDERED, ADJUDGED and DECREED that the remaining deadlines in this case are as follows:

| CASE EVENT | DEADLINE |
|---|---|
| Trial Briefs | 1/14/2021 |
| Proposed Voir Dire/Jury Instructions | 1/14/2021 |
| Proposed Pretrial Order LCR 16(e) | 1/8/2021 |
| Plaintiff's Pretrial Statement LCR 16(h) | 11/20/2020 |
| Defendant's Pretrial Statement LCR 16(i) | 11/30/2020 |
| Engage in ADR | 11/20/2020 |
| Dispositive Motion Deadline (90 days before Trial) | 10/20/2020 |
| Discovery Cutoff (120 days before Trial) | 9/21/2020 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 8/24/2020 |

///END OF ORDER///

Submitted By:

PETERSON RUSSELL KELLY LIVENGOOD PLLC

By: *s/ Michael S. DeLeo*

THE LAW OFFICE OF ARTHUR ORTIZ

By: *s/ Arthur Ortiz*
Arthur Ortiz, WSBA #26676

ORDER GRANTING STIPULATED MOTION
FOR ORDER RESETTING TRIAL DATE - 2
CASE NO.: 2:19-cv-00538-JCC

107977 115 kd17fv02jh

**PETERSON RUSSELL KELLY LIVENGOOD PLLC**
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
TELEPHONE (425) 462-4700 FAX (425) 451-0714

Michael S. DeLeo, WSBA #22037
10900 NE 4th Street, Suite 1850
Bellevue, WA 98004
Phone: (425) 462-4700
E-Mail: mdeleo@prklaw.com
Attorneys for Defendant MTC Financial
Inc., d/b/a Trustee Corps

6015 California Ave SW, Apt 203
Seattle, WA 98136
Phone: (206) 898-5704
Email: arthur@aeolegal.com
Attorneys for Plaintiff

HENRY & DEGRAAFF, PS

By: *s/ Christina L. Henry*
 Christina L. Henry, WSBA #31273
 787 Maynard Ave S
 Seattle, WA 98104
 Phone: (206) 330-0595
 Email: chenry@hdm-legal.com
 Attorneys for Plaintiff

FORSBERG & UMLAUF, P.S.

By: *s/ A. Grant Lingg*
 A. Grant Lingg, WSBA #24277
 Lori W. Hurl, WSBA #40647
 901 Fifth Avenue, Suite 1400
 Seattle, WA 98164
 Phone: (206) 689-8500
 E-Mail: glingg@foum.law;
 lhurl@foum.law
 Attorneys for Defendant Malcolm
 Cisneros, A Law Corporation

DONALD G. GRANT, P.S.

By: *s/ Donald G. Grant*
 Donald G. Grant, WSBA # 15480
 1700 Main Street, Suite 245
 Washougal, WA 98671
 Phone: (360) 694-8488
 E-Mail: don@dongrantps.com
 Attorney for Defendant The Bank of New
 York Mellon fka The Bank of New York,
 as Trustee for the Benefit of the
 Certificateholfers of the CWABS Inc.,
 Asset-Backed Certificates, Series 2007-
 SD1 and NewRez LLC fka New Penn
 Financial, LLC dba Shellpoint Mortgage
 Servicing

YU MOHANDESI LLP

By: *s/ Pavel Ekmekchyan*
 Pavel Ekmekchyan, Pro Hac Vice
 Williams Idleman, Pro Hac Vice
 633 West Fifth Street, Suite 2800
 Los Angeles, CA 90071
 Phone: (213) 418-9343
 E-Mail: pavel@yumollp.com;
 widleman@yumollp.com
 Attorneys for Defendant The Bank of
 New York Mellon fka The Bank of New
 York, as Trustee for the Benefit of the
 Certificateholfers of the CWABS Inc.,
 Asset-Backed Certificates, Series 2007-
 SD1 and NewRez LLC fka New Penn
 Financial, LLC dba Shellpoint Mortgage
 Servicing

ORDER GRANTING STIPULATED MOTION
FOR ORDER RESETTING TRIAL DATE - 3
CASE NO.: 2:19-cv-00538-JCC

107977 115 kd17fv02jh

PETERSON RUSSELL KELLY LIVENGOOD PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714