THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH,<br><br>         Plaintiff,<br><br>   v.<br><br>THE BANK OF NEW YORK MELLON, *et al.*,<br><br>         Defendants. | CASE NO. C19-0538-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulated motion to continue the trial date (Dkt. No. 68). The Court hereby GRANTS the motion and ORDERS that trial shall be continued to January 25, 2021. The Court further ORDERS the remaining deadlines in this case are reset as follows:

| CASE EVENT | DEADLINE |
|---|---|
| Trial Briefs | 1/21/2021 |
| Proposed Voir Dire/Jury Instructions | 1/21/2021 |
| Proposed Pretrial Order LCR 16(e) | 1/15/2021 |
| Plaintiff's Pretrial Statement LCR 16(h) | 11/13/2020 |
| Defendant's Pretrial Statement LCR 16(i) | 11/20/2020 |

MINUTE ORDER
C19-0538-JCC
PAGE - 1

| | |
|---|---|
| LCR 39.1 ADR Deadline | 11/20/2020 |
| Dispositive Motion Deadline (90 days before trial) | 10/27/2020 |
| Discovery Cutoff (120 days before trial) | 9/28/2020 |
| Disclosure of Expert Testimony Under FRCP 26(a)(2) due | 8/31/2020 |

DATED this 29th day of April 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
