The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, and NEWREZ LLC FKA NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING, MTC FINANCIAL INC., DBA TRUSTEE CORPs, and MALCOLM & CISNEROS, A LAW CORPORATION,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00538-JCC<br><br>STIPULATED MOTION AND [PROPOSED ORDER] TO EXTEND TRIAL AND REMAINING CASE DEADLINES<br><br>NOTED FOR HEARING:<br><br>AUGUST 24, 2020 |

After the Parties' met and conferred on August 6, 2020 to discuss extending the trial and the remaining case schedule deadlines as well as dates for mediation, pursuant to Local Civil Rules 7(d)(1) and 10(g), and for the following reasons, Karen D. Smith ("Plaintiff") and Defendants The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates Series 2007-

STIPULATED MOTION AND ORDER TO EXTEND
TRIAL AND REMAINING CASE DEADLINES – 1
2:19-CV-00538-JCC

Henry & DeGraaff, P.S.
787 Maynard Ave S
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609

SDI ("BONY"), NewRez, LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing, ("NewRez"), MTC Financial, Inc. dba Trustee Corps, ("MTC"), and Malcolm & Cisneros, a Law Corporation ("M&C"), hereby stipulate and agree to continue the remaining deadlines in the case schedule and for a continuance of the Trial as currently set by the Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. No. 70).

This is the second extension of the case schedule requested by the parties. This extension of deadlines is requested to allow the parties to engage in mediation prior to conducting other necessary discovery should mediation not result in a settlement between the parties. At this time, the parties intend to complete mediation by October 31, 2020 and thus they request a three month extension of the current deadlines and trial date as follows:

The parties have entered into this stipulation and agreement to mutually cooperate in the management of this action. Accordingly, the parties hereby stipulate and agree to extend the deadlines set forth in the Order dated April 29, 2020 (Dkt. No. 70) as follows:

| Case Event | Deadline |
| --- | --- |
| Trial | A date to be determined by the court in August 2021 |
| Trial Briefs | 6/21/2021 |
| Proposed Voir Dire/Jury Instructions | 6/21/2021 |
| Proposed Pretrial Order LCR 16(e) | 6/14/2021 |
| Plaintiff's Pretrial Statement LCR 16(h) | 4/13/2021 |
| Defendant's Pretrial Statement LCR 16(i) | 4/20/2021 |
| LCR 39.1 ADR Deadline | 1/29/2021 |
| Dispositive Motion Deadline (90 days before trial) | 4/12/2021 |
| Discovery Cutoff (120 days before trial) | 2/26/2021 |
| Disclosure of Expert Testimony Under FRCP 26(a)(2) due | 1/4/2021 |

STIPULATED MOTION AND ORDER TO EXTEND
TRIAL AND REMAINING CASE DEADLINES – 2
2:19-CV-00538-JCC

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

1    Dated this 24st day of August 2020.

2    IT IS SO STIPULATED.

3

4      /s/ Arthur E. Ortiz
     Arthur E. Ortiz, WSBA No. 26676
5    THE LAW OFFICE OF ARTHUR E. ORTIZ
     6015 California Ave. S.W., No. 203
6    Seattle, WA 98136
     telephone: (206) 898-5704
7    e-mail: arthur@aeolegal.com

8

9      /s/ Christina L Henry
     Christina Henry, WSBA No. 31273
10   HENRY & DEGRAAFF, P.S.
     787 Maynard Ave S
11   Seattle, Washington 98104
     Tel 206/330-0595
12   Fax 206-400-7609
13   e-mail: chenry@HDM-legal.com

14   /s/ Donald G. Grant
     Donald Gene Grant, WSBA No. 15480
15   DONALD G. GRANT, PS
     1700 Main St, Ste 245
16   Washougal, WA 98671-4129
17   E-Mail: don@dongrantps.com Attorney for Defendant
     The Bank of New York Mellon
18   fka The Bank of New York, as Trustee for the
     Benefit of the Certificateholfers of the CWABS Inc.,
19   Asset-Backed Certificates, Series 2007- SD1
     and NewRez LLC fka New Penn Financial, LLC
20   dba Shellpoint Mortgage Servicing

21     /s/ Lori W. Hurl
22   Lori W Hurl, WSBA No.40647
     Aloysius Grant Lingg, WSBA No. 24277
23   FORSBERG & UMLAUF, PS
     901 5th Ave, Ste 1400
24   Seattle, WA 98164-1039
25   E-Mail: glingg@foum.law; lhurl@foum.law
     Attorneys for Defendant Malcolm Cisneros, A Law Corporation
26

STIPULATED MOTION AND ORDER TO EXTEND
TRIAL AND REMAINING CASE DEADLINES – 3
2:19-CV-00538-JCC

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

/s/ Michael Steven DeLeo
Michael Steven DeLeo, WSBA No. 22037
PETERSON RUSSELL KELLY LIVENGOOD, PLLC
10900 NE 4th Street, Ste 1850
Bellevue, WA 98004
Tel# 425-462-4700
Email: mdeleo@prklaw.com
Attorneys for Defendant MTC Financial Inc.,
d/b/a Trustee Corps

/s/ William Idleman
By: s/ William Idleman, Pro Hac Vice
Pavel Ekmekchyan, Pro Hac Vice
YU MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
Phone: (213) 418-9343
E-Mail: pavel@yumollp.com; widleman@yumollp.com
Attorneys for Defendant The Bank of New York Mellon
fka The Bank of New York, as Trustee for the Benefit
of the Certificateholfers of the CWABS Inc.,
Asset-Backed Certificates, Series 2007- SD1
and NewRez LLC fka New Penn Financial, LLC
dba Shellpoint Mortgage Servicing

**ORDER**

IT IS SO ORDERED. Accordingly;

The Trial and case schedule are rescheduled as follows:

| Case Event | Deadline |
| --- | --- |
| Trial | A date to be determined by the court in August 2021 |
| Trial Briefs | 6/21/2021 |
| Proposed Voir Dire/Jury Instructions | 6/21/2021 |
| Proposed Pretrial Order LCR 16(e) | 6/14/2021 |
| Plaintiff's Pretrial Statement LCR 16(h) | 4/13/2021 |
| Defendant's Pretrial Statement LCR 16(i) | 4/20/2021 |

STIPULATED MOTION AND ORDER TO EXTEND
TRIAL AND REMAINING CASE DEADLINES – 4
2:19-CV-00538-JCC

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

| | |
|---|---|
| LCR 39.1 ADR Deadline | 1/29/2021 |
| Dispositive Motion Deadline (90 days before trial) | 3/20/2021 |
| Discovery Cutoff (120 days before trial) | 2/26/2021 |
| Disclosure of Expert Testimony Under FRCP 26(a)(2) due | 1/4/2021 |

The extension of the above initial discovery deadlines does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

Dated this ___ day of August 2020.

_____
The Honorable John C. Coughenour

 /s/ Arthur E. Ortiz_____
Arthur E. Ortiz, WSBA No. 26676
THE LAW OFFICE OF ARTHUR E. ORTIZ
6015 California Ave. S.W., No. 203
Seattle, WA 98136
telephone: (206) 898-5704
e-mail: arthur@aeolegal.com


 /s/ Christina L Henry_____
Christina Henry, WSBA No. 31273
HENRY & DEGRAAFF, P.S.
787 Maynard Ave S
Seattle, Washington 98104
Tel 206/330-0595
Fax 206-400-7609
e-mail: chenry@HDM-legal.com

STIPULATED MOTION AND ORDER TO EXTEND
TRIAL AND REMAINING CASE DEADLINES – 5
2:19-CV-00538-JCC

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON  98104
telephone (206) 330-0595
fax (206) 400-7609

*/s/ Donald G. Grant*
Donald Gene Grant, WSBA No. 15480
DONALD G. GRANT, PS
1700 Main St, Ste 245
Washougal, WA 98671-4129
E-Mail: don@dongrantps.com Attorney for Defendant
The Bank of New York Mellon
fka The Bank of New York, as Trustee for the
Benefit of the Certificateholfers of the CWABS Inc.,
Asset-Backed Certificates, Series 2007- SD1
and NewRez LLC fka New Penn Financial, LLC
dba Shellpoint Mortgage Servicing

*/s/ Lori W. Hurl*
Lori W Hurl, WSBA No.40647
Aloysius Grant Lingg, WSBA No. 24277
FORSBERG & UMLAUF, PS
901 5th Ave, Ste 1400
Seattle, WA 98164-1039
E-Mail: glingg@foum.law; lhurl@foum.law
Attorneys for Defendant Malcolm Cisneros, A Law Corporation

*/s/ Michael Steven DeLeo*
Michael Steven DeLeo, WSBA No. 22037
PETERSON RUSSELL KELLY LIVENGOOD, PLLC
10900 NE 4th Street, Ste 1850
Bellevue, WA 98004
Tel# 425-462-4700
Email: mdeleo@prklaw.com
Attorneys for Defendant MTC Financial Inc.,
d/b/a Trustee Corps

*/s/ William Idleman*
By: s/ William Idleman, Pro Hac Vice
Pavel Ekmekchyan, Pro Hac Vice
YU MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
Phone: (213) 418-9343
E-Mail: pavel@yumollp.com; widleman@yumollp.com
Attorneys for Defendant The Bank of New York Mellon
fka The Bank of New York, as Trustee for the Benefit
of the Certificateholfers of the CWABS Inc.,
Asset-Backed Certificates, Series 2007- SD1
and NewRez LLC fka New Penn Financial, LLC
dba Shellpoint Mortgage Servicing

STIPULATED MOTION AND ORDER TO EXTEND
TRIAL AND REMAINING CASE DEADLINES – 6
2:19-CV-00538-JCC

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON  98104
telephone (206) 330-0595
fax (206) 400-7609