THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KAREN D. SMITH, | CASE NO. C19-0538-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BANK OF NEW YORK MELLON, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulated motion to continue the trial date and remaining case deadlines (Dkt. No. 73). The Court finds good cause for the request and hereby GRANTS the motion and ORDERS that trial shall be continued to August 9, 2021 at 9:30 a.m. The Court further ORDERS the remaining deadlines in this case are reset as follows:

| CASE EVENT | DEADLINE |
|---|---|
| Trial Briefs | 8/5/2021 |
| Proposed Voir Dire/Jury Instructions | 8/5/2021 |
| Proposed Pretrial Order LCR 16(e) | 7/30/2021 |
| Plaintiff's Pretrial Statement LCR 16(h) | 6/18/2021 |

MINUTE ORDER
C19-0538-JCC
PAGE - 1

| | |
|---|---|
| Defendant's Pretrial Statement LCR 16(i) | 6/28/2021 |
| LCR 39.1 ADR Deadline | 4/27/2021 |
| Dispositive Motion Deadline | 5/11/2021 |
| Discovery Cutoff | 4/12/2021 |
| Disclosure of Expert Testimony Under FRCP 26(a)(2) due | 1/4/2021 |

DATED this 28th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0538-JCC
PAGE - 2