Exhibit 1




# Superior Court Clerk's Office

15-2-17623-4 SEA
SMITH VS MTC FINANCIAL INC DBA ET AL
Miscellaneous, Civil (2) - Completed/Re-Completed

Summary    Participants    **Documents List**    Events    Judgments

## Documents

### Documents List

| Sub Number | Date Filed | Document Name | Additional Information | Page # | Seal |
|---|---|---|---|---|---|
| 1 | 07/21/2015 | CMP - Complaint | COMPLAINT | 6 | |
| 2 | 07/21/2015 | *ORSCS - Order Setting Case Schedule | SET CASE SCHEDULE 07-18-2016ST | 5 | |
| 3 | 07/21/2015 | CICS - Case Information Cover Sheet | CASE INFORMATION COVER SHEET | 1 | |
| 4 | 07/21/2015 | SM - Summons | SUMMONS | 2 | |
| 5 | 07/22/2015 | MT - Motion | MOTION /PLA | 24 | |
| 6 | 07/22/2015 | NTMTDK - Note for Motion Docket | NOTE FOR MOTION DOCKET 07-29-2016MX | 2 | |
| 7 | 07/24/2015 | NTAPR - Notice of Appearance | NOTICE OF APPEARANCE /MTC | 3 | |
| 8 | 07/27/2015 | AFSR - Affidavit / Declaration / Certificate Of Service | AFFIDAVIT/DCLR/CERT OF SERVICE | 2 | |
| 10 | 09/25/2015 | NTHG - Notice of Hearing | NOTICE OF HEARING /DEFAULT 10-07-2015 | 2 | |
| 11 | 09/25/2015 | AFSR - Affidavit / Declaration / Certificate Of Service | AFFIDAVIT/DCLR/CERT OF SERVICE | 2 | |
| 9 | 09/25/2015 | MTDFL - Motion for Default | MOTION FOR DEFAULT | 4 | |
| 12 | 10/02/2015 | NTAPR - Notice of Appearance | NOTICE OF APPEARANCE /CRTN DEFS | 3 | |
| 13 | 10/02/2015 | NTAPR - Notice of Appearance | NOTICE OF APPEARANCE /CRTN DEFS | 3 | |
| 14 | 10/05/2015 | ANAFDF - Answer and Affirmative Defense | ANSWER & AFFIRMATIVE DEFENSE | 10 | |
| 15 | 11/04/2015 | MTAF - Motion and Affidavit / Declaration | MOTION AND AFFIDAVIT/DECLARATION | 3 | |
| 16 | 11/05/2015 | OR - Order | ORDER ON STIPULATED MT AS NOMINAL | 2 | |

| Sub Number | Date Filed | Document Name | Additional Information | Page # | Seal |
|---|---|---|---|---|---|
| 17 | 12/28/2015 | ANAFDF - Answer and Affirmative Defense | ANSWER & AFFIRMATIVE DEFENSE /BANK | 10 | |
| 18 | 12/28/2015 | MTSMJG - Motion for Summary Judgment | MOTION FOR SUMMARY JUDGMENT/PLA | 7 | |
| 19 | 12/28/2015 | NTHG - Notice of Hearing | NOTICE OF HEARING/PRTL SUMM JDMNT 02-05-2016 | 2 | |
| 20 | 12/28/2015 | DCLR - Declaration | DECLARATION OF PLA | 52 | |
| 21 | 12/28/2015 | AFSR - Affidavit / Declaration / Certificate Of Service | AFFIDAVIT/DCLR/CERT OF SERVICE | 2 | |
| 22 | 01/14/2016 | AGOR - Agreed Order | AGREED ORDER TO MODIFY BRIEFING | 2 | |
| 23 | 01/21/2016 | NTHG - Notice of Hearing | NOTICE OF HEARING/PARTIAL SUMM JDGT 03-04-2016 | 2 | |
| 24 | 01/21/2016 | NTHG - Notice of Hearing | NOTICE OF HEARING /SUMM JDGT 03-04-2016 | 2 | |
| 25 | 02/22/2016 | OB - Objection / Opposition | OBJECTION / OPPOSITION /DEF | 78 | |
| 26 | 05/05/2016 | ORJPR - Order Requiring Joint Pretrial Report | ORD REQUIRING JOINT PRETRIAL REPORT | 4 | |
| 27 | 05/19/2016 | NTASCC - Notice of Association of Counsel | NOTICE OF ASSOCIATION OF COUNSEL | 2 | |
| 28 | 05/20/2016 | ORSP - Order for Stay of Proceedings | ORDER FOR STAY OF PROCEEDINGS 07-20-2016AU | 3 | |
| 29 | 07/20/2016 | JSR - Joint Status Report | JOINT STATUS REPORT | 2 | |
| 30 | 07/22/2016 | ORCTD - Order for Continuance of Trial Date | ORD FOR CONTINUANCE OF TRIAL DATE 02-06-2017ST | 1 | |
| 31 | 07/22/2016 | ORACS - Order Amending Case Schedule | ORDER AMENDING CASE SCHEDULE 02-06-2017 | 2 | |
| 32 | 07/26/2016 | NTWDA - Notice of Withdrawal of Attorney | NOTICE OF WITHDRAWAL OF ATTORNEY | 3 | |
| 33 | 08/09/2016 | DCLR - Declaration | DECLARATION OF OLIVIA MILLER | 49 | |
| 34 | 08/09/2016 | DCLR - Declaration | DECLARATION OF DONALD GRANT | 16 | |
| 35 | 08/09/2016 | RQ - Request | REQUEST FOR JUDICIAL NOTICE | 15 | |
| 36 | 08/09/2016 | NTHG - Notice of Hearing | NOTICE OF HEARING /SUMM JDGMNT 10-28-2016 | 2 | |
| 37 | 08/09/2016 | DCLRM - Declaration of Mailing | DECLARATION OF MAILING | 2 | |
| 38 | 08/09/2016 | MTSMJG - Motion for Summary Judgment | MOTION FOR SUMMARY JUDGMENT/DEF | 17 | |
| 39 | 09/01/2016 | DIS - Disclosure | DISCLOSURE OF WITNESSES /CERT DEFS | 3 | |
| 40 | 10/10/2016 | MTDSM - Motion to Dismiss | MOTION TO DISMISS /PLA | 2 | |
| 41 | 10/10/2016 | NTHG - Notice of Hearing | NOTICE OF HEARING /DISMISS 10-24-2016 | 3 | |

| Sub Number | Date Filed | Document Name | Additional Information | Page # | Seal |
|---|---|---|---|---|---|
| 42 | 10/24/2016 | ORDSMWO - Order of Dismissal Without Prejudice | ORDER OF DISMISSAL W/OUT PREJUDICE | 2 | |

Go Back

Copyright © Journal Technologies, USA. All rights reserved.