Exhibit 4

1
2
3
4
5
6
7
8

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

9

KAREN SMITH, a single person,

10

Plaintiff,

NO. 15-2-17623-4 SEA

v.

11
12
13
14
15
16

MTC FINANCIAL INC. d/b/a TRUSTEE
CORPS, A WASHINGTON CORPORATION;
SHELLPOINT MORTGAGE SERVICING;
BANK OF NEW YORK MELLON f/k/a
BANK OF NEW YORK AS TRUSTEE FOR
THE BENEFIT OF THE
CERTIFICATEHOLDERS OF THE CWABS,
INC. ASSET-BACKED CERTIFICATES,
SERIES 2007-SD1,

STIPULATED MOTION AS TO
NOMINAL DEFENDANT MTC
FINANCIAL INC. D/B/A TRUSTEE
CORPS

Defendants.

17
18

The only appearing parties to this action to date, by their attorneys of record, have

agreed to present the stipulated motion to the Court.

19
20

**I.  RELIEF REQUESTED**

The parties move for an order declaring that defendant MTC Financial Inc., d/b/a

21

Trustee Corps ("Trustee Corps") is a nominal defendant, and as such, it shall not be required to

22

participate further in the litigation, and that defendant Trustee Corps shall be dismissed once

23

the claims against the remaining defendants are dismissed and that no monetary award shall be

24

sought or enforced against defendant Trustee Corps.

25

**II.  FACTS**

26

The following facts are applicable to the parties' stipulated motion:

27

STIPULATED MOTION AS TO NOMINAL
DEFENDANT MTC FINANCIAL INC. D/B/A
TRUSTEE CORPS - 1

107977 115 fi15g630k9.002

PETERSON RUSSELL KELLY PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714

1.      Defendant Trustee Corps does not have and does not claim to have any right, title, or interest in the property that is the subject of the present action and commonly known as 819 21st Avenue, Seattle, Washington 98122 ("subject property").

2.      The Plaintiff is not seeking to advance any claims or causes of action against defendant Trustee Corps.

3.      Defendant Trustee Corps agrees to be bound by whatever order or judgment is issued by the Court in the matter regarding the subject property.

4.      The rules of discovery and the duty to respond to discovery propounded to it shall continue to apply to defendant Trustee Corps.

### III. ARGUMENT

Because defendant Trustee Corps is a nominal party, who has disclaimed any right, title, or interest in the subject property, and the Plaintiff is not seeking to advance any claim against Trustee Corps. In light of the undisputed facts, it would be an unnecessary costs and burden to defendant Trustee Corps to remain in the case and defend the lawsuit. Therefore, the parties request that the Court enter an order affirming that defendant Trustee Corps shall not be required to participate any further in the litigation, except to the extent that it may be asked to answer discovery, and shall be dismissed with prejudice when the lawsuit has been resolved as to the other parties. This request will result in the most efficient manner to proceed in this case, conserving the Court's and the parties' time and resources. This motion is brought under LCR 7(d)(1).

DATED: November 3, 2015

LEEN & O'SULLIVAN, PLLC

By: _____
David A. Leen, WSBA # 3516
Attorney for Plaintiff

DATED: November 4, 2015

PETERSON RUSSELL KELLY, PLLC

By: _____
Michael S. DeLeo, WSBA # 22037
Attorneys for Defendant Trustee Corps

STIPULATED MOTION AS TO NOMINAL DEFENDANT MTC FINANCIAL INC. D/B/A TRUSTEE CORPS - 2

107977.115/615g630k9.002

PETERSON RUSSELL KELLY PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714

1    DATED: *November 3, 2015*

2    DONALD G. GRANT, P.S.

3    By: _____

4      Donald G. Grant, WSBA # 15480
Attorney for Shellpoint Mortgage

5      Servicing and the Bank of New York
Mellon, f/k/a The Bank of New York, as

6      Trustee for the Certificate Holders of
CWABS, Inc., Asset-Backed Certificates,

7      Series 2007-SD1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AS TO NOMINAL
DEFENDANT MTC FINANCIAL INC. D/B/A
TRUSTEE CORPS - 3

107977 115 fi15g630k9.002