# Exhibit 5

15-2-17623-4, SEA

**FILED**
KING COUNTY, WASHINGTON

NOV – 5 2015

SUPERIOR COURT CLERK

EXP07

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

KAREN SMITH, a single person,

                Plaintiff,

v.

MTC FINANCIAL INC. d/b/a TRUSTEE
CORPS, A WASHINGTON CORPORATION;
SHELLPOINT MORTGAGE SERVICING;
BANK OF NEW YORK MELLON f/k/a
BANK OF NEW YORK AS TRUSTEE FOR
THE BENEFIT OF THE
CERTIFICATEHOLDERS OF THE CWABS,
INC. ASSET-BACKED CERTIFICATES,
SERIES 2007-SD1,

                Defendants.

NO. 15-2-17623-4 SEA

ORDER ON STIPULATED MOTION AS
TO NOMINAL DEFENDANT MTC
FINANCIAL INC. D/B/A TRUSTEE
CORPS

Based upon the stipulated motion by and between the parties to this action, through their counsel of record, and the Court having reviewed the files and records herein, it is now, therefore:

ORDERED, ADJUDGED and DECREED as follows:  (1) that defendant MTC Financial Inc., d/b/a Trustee Corps ("Trustee Corps") shall not be required to participate any further in the above-entitled action absent court order entered on notice to Trustee Corps; (2) that defendant Trustee Corps shall be dismissed from this litigation when the claims against the remaining defendants have been adjudicated; (3) the defendant Trustee Corps shall be bound by any further Order or Judgment of this Court regarding subject property; and (4) no monetary recovery shall be had or enforced against defendant Trustee Corps.

ORDER ON STIPULATED MOTION AS TO NOMINAL
DEFENDANT MTC FINANCIAL INC. D/B/A TRUSTEE
CORPS - 1
107977 115 fj30b7027k

**PETERSON RUSSELL KELLY PLLC**
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714

15-2-17623-4, SEA

1
2 DATED: _11/5/15_

3

4                                         JUDGE/COMMISSIONER
                                          KING COUNTY SUPERIOR COURT
5   Presented By:

6   PETERSON RUSSELL KELLY, PLLC          Brad Moore
                                          Pro Tem
7   By: /s/ Michael S. DeLeo
8       Michael S. DeLeo, WSBA # 22037
        Attorneys for Defendant Trustee Corps

9   Agreed to:

10  LEEN & O'SULLIVAN, PLLC

11
    By: /s/ David A. Leen
12      David A. Leen, WSBA # 3516
        Attorney for Plaintiff
13
14  Agreed to:

15  DONALD G. GRANT, P.S.

16  By: /s/ Donald G. Grant
        Donald G. Grant, WSBA # 15480
17      Attorney   for   Shellpoint   Mortgage
        Servicing and the Bank of New York
18      Mellon, f/k/a The Bank of New York, as
19      Trustee for the Certificate Holders of
        CWABS, Inc., Asset-Backed Certificates,
20      Series 2007-SD1

21

22

23

24

25

26

27

ORDER ON STIPULATED MOTION AS TO NOMINAL
DEFENDANT MTC FINANCIAL INC. D/B/A TRUSTEE
CORPS - 2
107977 115 fj30b7027k

PETERSON RUSSELL KELLY PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714