# Exhibit 8

FILED
KING COUNTY, WASHINGTON
MAY 20 2016
SUPERIOR COURT CLERK
BY Victor Bigornia
DEPUTY

SUPERIOR COURT OF WASHINGTON
FOR KING COUNTY

KAREN SMITH, an individual,

    Plaintiff,

vs.

MTC FINANCIAL, INC., d/b/a Trustee Corps, a Washington corporation; SHELLPOINT MORTGAGE SERVICING; and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., Asset-Backed Certificates, Series 2007-SD1,

    Defendants.

No. 15-2-17623-4 SEA

STIPULATED MOTION TO STAY PROCEEDINGS TO COMPLETE LOAN MODIFICATION REVIEW

CLERK'S ACTION REQUIRED

    Plaintiff Karen Smith and defendants New Penn Financial, LLC dba Shellpoint Mortgage Servicing ("Shellpoint") and the Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of the CWABS, Inc. Asset-Backed Certificates, Series 2007-SD-1 ("BONY," and collectively "Defendants") hereby stipulate as follows:

## STIPULATION

    WHEREAS, the Parties are negotiating a loan modification of the subject loan ("Loan") at issue in this action. Because the loan modification is not a standard HAMP modification, the

STIPULATION TO STAY

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8698
E-MAIL: don@dongrantps.com

1  Parties need additional time to negotiate the terms and determine if Plaintiff will qualify for a
2  modification.
3      WHEREAS, The Parties agree that to facilitate a review of Plaintiff's loan modification,
4  a stay of all further proceedings in this action is appropriate.
5      WHEREAS, Defendant MTC Financial, Inc., d/b/a Trustee Corps entered a non-
6  participation stipulation with Plaintiff, entered by the Court on November 5, 2015.
7      NOW THEREFORE, The Parties agree to stay all further proceedings in this action for
8  three months.
9
10  Dated: May 19, 2016

LEEN & O'SULLIVAN, PLLC

/s/ Kathleen Box

KATHLEEN BOX, WSBA #45254
Counsel for Plaintiff

Leen & O'Sullivan, PLLC
520 East Denny Way
Seattle, WA 98122
TEL: (206) 325-6022

Dated: May 19, 2016

DONALD G. GRANT, P.S.

/s/ Donald G. Grant

DONALD G. GRANT, WSBA#15480
Counsel for Defendants

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Suite 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
CELL: (360) 907-3094
FAX: (360) 694-8688

STIPULATION TO STAY

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

## ORDER

Upon consideration of the above stipulation of the Parties, and good cause appearing therefore, the stipulation is approved as follows:

1. All proceedings in this action between Plaintiff and Defendants are stayed.
2. The Parties shall file a status report with the Court within 60 days days of this Order, advising the Court of the status of Plaintiff's loan modification review.

**IT IS SO ORDERED.**

Dated: this 20th day of May, 2016

_____
JUDGE OF THE SUPERIOR COURT

STIPULATION TO STAY

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com