# Exhibit 9

FILED
16 JUL 20 PM 12:54

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-17623-4 SEA

## SUPERIOR COURT OF WASHINGTON
## FOR KING COUNTY

KAREN SMITH, an individual,

    Plaintiff,

vs.

MTC FINANCIAL, INC., d/b/a Trustee Corps, a Washington corporation; SHELLPOINT MORTGAGE SERVICING; and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., Asset-Backed Certificates, Series 2007-SD1,

    Defendants.

No. 15-2-17632-4

**JOINT STATUS REPORT**

On May 20, 2016, this Court entered an order staying this action to allow the parties time to negotiate a possible loan modification. The parties have not been able to reach an agreement as to a loan modification. Defendants New Penn Financial, LLC dba Shellpoint Mortgage Servicing ("Shellpoint") and the Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of the CWABS, Inc. Asset-Backed Certificates, Series 2007-SD-1 ("BONY," and collectively "Defendants") hereby request that the Court issue a scheduling order and set a date for their Motion for Summary Judgment.

JOINT STATUS REPORT

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

Dated: July 19, 2016

LEEN & O'SULLIVAN, PLLC

KATHLEEN BOX, WSBA#45254
Counsel for Plaintiff

Leen & O'Sullivan, PLLC
520 East Denny Way
Seattle, WA 98122
TEL: (206) 325-6022

Dated: July 19, 2016

DONALD G. GRANT, P.S.

DONALD G. GRANT, WSBA#15480
Counsel for Defendants

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Suite 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
CELL: (360) 907-3094
FAX: (360) 694-8688

JOINT STATUS REPORT

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com