# Exhibit 10

## SUPERIOR COURT OF WASHINGTON FOR
## COUNTY OF KING

| | |
|---|---|
| SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>MTC FINANCIAL, INC, et. al.,<br><br>        Defendants | No. 15-2-17623-4 SEA<br><br>ORDER REINSTATING TRIAL DATE<br><br>**CLERK'S ACTION REQUIRED** |

This order is before the Court upon the parties' joint request. On May 20, 2016, this Court entered an order staying this action to allow the parties time to negotiate a possible loan modification. Today the parties filed a Joint Status Report stating that the parties were unable to reach an agreement and are now requesting the trial date to be reinstated and a new case schedule entered. Upon consideration of the file and the parties' joint request

It is **ORDERED** that: the trial date in this case is CONTINUED to February 6, 2017. An amended case schedule will be provided to the parties through counsel.

DATED this 28th day of June 2016.

                                            Hon. Judge Timothy A. Bradshaw

                                **TIMOTHY A. BRADSHAW**
                             JUDGE OF THE SUPERIOR COURT
                              KING COUNTY COURTHOUSE
                                  516 THIRD AVENUE
                              SEATTLE, WASHINGTON 98104

## SUPERIOR COURT OF THE STATE OF WASHINGTON
## KING COUNTY

SMITH
Plaintiff/Petitioner

vs

MTC FINANCIAL INC DBA ET AL
Defendant/Respondent

NO. 15-2-17623-4 SEA

**Order Amending Case Schedule**

Clerk's Action Required

**The trial date is reset, and the Court amends the case schedule as shown below:**

| Case Events | Amended Due Date |
| --- | --- |
| Disclosure of Possible Primary Witnesses | 9/6/2016 |
| Disclosure of Possible Additional Witnesses | 10/17/2016 |
| Change of Trial Date | 10/31/2016 |
| Filing Jury Demand | 10/31/2016 |
| Discovery Cutoff | 12/19/2016 |
| Deadline for Engaging in Alternative Dispute Resolution | 1/9/2017 |
| Exchange of Witness & Exhibit Lists & Documentary Exhibits | 1/16/2017 |
| Deadline to file Joint Confirmation of Trial Readiness | 1/16/2017 |
| Advise Court on Settlement | 1/17/2017 |
| Inspect Exhibits | 1/23/2017 |
| Deadline for hearing Dispositive Pretrial Motions | 1/23/2017 |
| Joint Statement of Evidence | 1/30/2017 |

| | |
|---|---|
| Trial Brief | 1/30/2017 |
| Jury Instructions | 1/30/2017 |
| Proposed Findings of Fact & Conclusions of Law | 1/30/2017 |
| Use of Discovery/Depositions at Trial | 1/30/2017 |
| **Trial** | **2/6/2017** |

Pursuant to King County Local Rules, IT IS ORDERED that the parties shall comply with the schedule listed above. Penalties, including but not limited to sanctions set forth in the King County Local Rules, may be imposed for failure to comply.

Dated: 7/22/16

Honorable Judge Timothy Bradshaw