# Exhibit 12

RECEIVED
OCT 11 2016
PETERSON RUSSELL KELLY PLLC

IN THE KING COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Karen D. Smith,

    Plaintiff,

v.

MTC Financial, Inc. dba Trustee Corps, a Washington Corporation; Shellpoint Mortgage Srvicing; Bank of New York Mellon f/k/a Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2007-SDI,

    Defendant(s).

Case No. 15-2-17623-4

PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

The Plaintiff, Karen D. Smith, pro se, respectfully moves the court for an order dismissing this action without prejudice pursuant to CR 41(a)(1)(B).

## I. ARGUMENT

CR 41(a)(1) (B), states, "Any action shall be dismissed by the court: By Plaintiff before resting. Upon motion of the Plaintiff at any time before Plaintiff rests at the conclusion of Plaintiff's opening case." When a motion for voluntary nonsuit is filed and called to the attention of the trial court, the motion must be granted as a matter of right. *Greenlaw v. Renn*, 64 Wn.App. 499, 503, 824 P.2d 1263 (1992).

PLAINTIFF'S MOTION TO DISMISS WITHOUT
PREJUDICE - 1

Therefore this court should gran the Plaintiff's Motion to Dismiss Without Prejudice pursuant to CR 41(a)(1)(1)(B), and without an award of attorney's fees or costs to either party. For these reasons, the Plaintiff respectfully requests that this matter be dismissed without prejudice and without an award of attorney's fees and costs.

DATED this October 8, 2016.

Karen D. Smith

PROOF OF SERVICE

I, Karen D. Smith, declare under penalty of perjury as follows:

I am over the age of eighteen years, a citizen of United States, not a party herein, and am competent to testify to the facts set forth in this Motion to Dismiss, Note for Hearing and Proposed Order

That on October 8, 2016, I caused a copy of the foregoing document to be served via facsimile and United States First Class Mail postage paid to:

Donald G. Grant
Washougal Town Square Ste 245
1700 Main Street
Washougal, WA 98671

Michael S. DeLeo
Peterson Russell Kally, PLLC
1850 Skyline Tower
10900 NE Fourth Street
Bellevue, WA 98004-8341

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Executed this October 8, 2016 at Seattle, Washington.

Karen D. Smith

PLAINTIFF'S MOTION TO DISMISS WITHOUT
PREJUDICE - 2