# Exhibit 13

IN THE KING COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| Karen D. Smith,<br><br>         Plaintiff,<br><br>    v.<br><br>MTC Financial, Inc. dba Trustee Corps, a Washington Corporation; Shellpoint Mortgage Srvicing; Bank of New York Mellon f/k/a Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2007-SDI,<br><br>         Defendant(s). | Case No. 15-2-17623-4<br><br>ORDER GRANTING PLAINTIFF'S MOTION DISMISS WITHOUT PREJUDICE<br><br>CLERK'S ACTION REQUIRED |

THIS MATTER, having come before the Court, the Plaintiff, pro se, requests a voluntary dismissal without prejudice pursuant to CR 41(a)(1)(B), the Court fully advised, NOW, THEREFORE, it is hereby

ORDERED that this matter is dismissed without prejudice.

There being no just reason for delay, the Clerk is instructed to enter this order.

ENTERED this 24th day of October, 2016.

Timothy A. Bradshaw
King County Superior Court Judge

ORDER GRANTING PLAINTIFF'S MOTION DISMISS
WITHOUT PREJUDICE - 1

RESPECTFULLY PRESENTED BY:

Karen D. Smith
819 21st Ave
Seattle, WA 98122
kdelores@msn.com

ORDER GRANTING PLAINTIFF'S MOTION DISMISS
WITHOUT PREJUDICE - 2