Exhibit 15



# TRUSTEE CORPS

*Experience. Trust. Integrity.*

1700 Seventh Avenue Suite 2100, Seattle WA 98101
Office: 206.357.8526   Fax: 206.357.8529

September 14, 2015

NOTICE: YOU SHOULD BE AWARE THAT THE UNDERSIGNED IS ATTEMPTING TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## POSTPONEMENT NOTIFICATION

Re: Our TS No:        WA08002195-14-1
    Property:          819 21ST AVENUE, SEATTLE, WA 98122
    Trustor:           KAREN D. SMITH, AS HER SEPARATE ESTATE
    Legal Description:

LOT 16 AND 17 IN BLOCK 2 OF WALLA WALLA ADDITION TO THE CITY OF SEATTLE, AS PER PLAT RECORDED IN VOLUME 5 OF PLATS, PAGE 81, RECORDS OF KING COUNTY AUDITOR; SITUATE IN THE CITY OF SEATTLE, COUNTY OF KING, STATE OF WASHINGTON.

Please be advised that due to Beneficiary Requested., the above referenced Trustee's Sale has been postponed to October 30, 2015, 10:00 AM, at 4th Ave entrance King County Administration Building, located one block east of the Courthouse, 500 4th Ave, Seattle, WA.

Mailed by or on behalf of MTC Financial Inc. dba Trustee Corps

Raymond Delavergne

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.