# Exhibit 20

\ **1ST AM**

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO:

Trustee Corps
1700 Seventh Avenue, Suite 2100
Seattle WA 98101

**20141103001179**
DOCUMENT PROCE AST          14.00
PAGE-001 OF 001
11/03/2014 14:23
KING COUNTY, WA

---

Trustee Sale No WA08002195-14-1                                   Title Order No 8488208
Property Address: 819 21ST AVENUE, SEATTLE, WA 98122

## APPOINTMENT OF SUCCESSOR TRUSTEE

NOTICE IS HEREBY GIVEN that **MTC Financial Inc. dba Trustee Corps**, whose address is 1700 Seventh Avenue Suite 2100, Seattle, WA 98101, is appointed Successor Trustee under that certain Deed of Trust in which KAREN D. SMITH, AS HER SEPARATE ESTATE was the Grantor and TRANSNATION was the original Trustee and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as designated nominee for MORTGAGE SOLUTIONS MANAGEMENT, INC., Beneficiary of the security instrument, its successors and assigns, which Deed of Trust was dated February 9, 2007 and recorded on February 22, 2007 as Instrument No. 20070222000469 of official records in the Office of the Recorder of King County, Washington, it to have all the powers of said original Trustee, effective forthwith.

IN WITNESS WHEREOF, the undersigned Beneficiary has hereunto set his hand; if the undersigned is a corporation, it has caused its corporate name to be signed and affixed hereunto by its duly authorized signor.  ·

Dated: October 27, 2014          **New Penn Financial, LLC D/B/A Shellpoint Mortgage Servicing as Servicer for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2007-SD1**

By: Michael Thomas
     Michael Thomas
     Foreclosure Specialist

STATE OF SC

COUNTY OF Greenville

On 10/27/14 before me, Charlene R. Butler, Notary Public, personally appeared Michael Thomas who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of SC that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Notary Public

My Commission Expires
August 29, 2022

CHARLENE R. BUTLER
NOTARY
PUBLIC
SOUTH CAROLINA