# Exhibit 22

**Electronically Recorded**
**20161205000495**

SIMPLIFILE                                    DTS                    74.00
Page 001 of    002
12/05/2016 11:19
King County, WA

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO:

Trustee Corps
500 Union Street, Suite 620
Seattle, WA 98101

---

TS No WA08002195-14-1                    APN 912610-0140-09                    TO No 8488208

## NOTICE OF DISCONTINUANCE OF TRUSTEE'S SALE
## PURSUANT TO THE REVISED CODE OF WASHINGTON
## CHAPTER 61.24, ET. SEQ.

Reference is made to that certain Deed of Trust dated as of February 9, 2007, executed by KAREN D. SMITH, AS HER SEPARATE ESTATE, as Trustor, to secure obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as designated nominee for MORTGAGE SOLUTIONS MANAGEMENT, INC., Beneficiary of the security instrument, its successors and assigns, recorded February 22, 2007, as Instrument No. 20070222000469, of the official records in the Office of the Recorder of King County, Washington.

Said Deed of Trust encumbers the following described real property:

LOT 16 AND 17 IN BLOCK 2 OF WALLA WALLA ADDITION TO THE CITY OF SEATTLE, AS PER PLAT RECORDED IN VOLUME 5 OF PLATS, PAGE 81, RECORDS OF KING COUNTY AUDITOR; SITUATE IN THE CITY OF SEATTLE, COUNTY OF KING, STATE OF WASHINGTON.

The undersigned Trustee, MTC Financial Inc. dba Trustee Corps, hereby discontinues the Trustee's Sale set by the **Notice of Trustee's Sale** which recorded **November 17, 2016**, as Instrument No. **20161117000897**, official records of King County, Washington.

TS No WA08002195-14-1                    APN 912610-0140-09                    TO No 8488208

This discontinuance shall not be construed as waiving any breach or default under the aforementioned Deed of Trust or as impairing any right or remedy thereunder, or as modifying or altering in any respect any of the terms, covenants, conditions or obligations thereof, but is and shall be deemed to be only an election, without prejudice, not to cause the sale to be made pursuant to the aforementioned Notice of Trustee's Sale.

Dated: ____12/2/16____ .

**MTC Financial Inc. dba Trustee Corps, as Duly Appointed Successor Trustee**

By: Alan Burton, Vice President

STATE OF WASHINGTON
COUNTY OF KING

I certify that I know or have satisfactory evidence that <u>ALAN BURTON</u> is the person who appeared before me, and said person acknowledged that he/she signed this instrument, on oath stated that he/she was authorized to execute the instrument and acknowledged it as the **Vice President for MTC Financial Inc. DBA Trustee Corps** to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: ____12-2-16____

Notary Public in and for the State of Washington
Residing at <u>King County</u>
My Commission expires ____Feb 9, 2018____

Notary Public
State of Washington
CYNTHIA FEENEY
My Appointment Expires Feb 9, 2018