THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH, | CASE NO. C19-0538-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BANK OF NEW YORK MELLON, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' third stipulated motion to continue the trial date and remaining case deadlines (Dkt. No. 103). The Court finds good cause for the request and hereby GRANTS the motion and ORDERS that trial shall be continued to November 8, 2021 at 9:30 a.m. The Court further ORDERS the remaining deadlines in this case are reset as follows:

//

//

//

//

//

MINUTE ORDER
C19-0538-JCC
PAGE - 1

| CASE EVENT | DEADLINE |
|---|---|
| Trial Briefs | 11/4/2021 |
| Proposed Voir Dire/Jury Instructions | 11/4/2021 |
| Proposed Pretrial Order LCR 16(e) | 10/29/2021 |
| Plaintiff's Pretrial Statement LCR 16(h) | 7/16/2021 |
| Defendant's Pretrial Statement LCR 16(i) | 7/27/2021 |
| LCR 39.1 ADR Deadline | 7/30/2021 |
| Dispositive Motion Deadline | 8/12/2021 |
| Discovery Cutoff | 7/12/2021 |
| Plaintiff's Disclosure of Expert Testimony Under FRCP 26(a)(2) due | 5/31/2021 |
| Defendant's Disclosure of Expert Testimony Under FRCP 26(a)(2) due | 7/7/2021 |

The Clerk is also DIRECTED to terminate Docket Number 93 as moot.

DATED this 12th day of April 2021.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk