UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH, | CASE NO. C19-0538-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BANK OF NEW YORK, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 114). Pursuant to Local Rule 7(h)(3), the Court REQUESTS a response from Defendant Malcom & Cisneros containing no more than six pages of argument by June 4, 2021. Plaintiff may file a reply containing no more than three pages of argument by June 11, 2021.

The Clerk is DIRECTED to renote Plaintiff's motion for reconsideration (Dkt. No. 114) to June 11, 2021.

DATED this 21st day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
