THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE BANK OF NEW YORK, *et al.*,<br><br>　　　　Defendants. | CASE NO. C19-0538-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 114). Having considered subsequent briefing in this matter and the available record, Plaintiff has not demonstrated that the Court's earlier determination regarding her Fair Debt Collection Practices Act claim resulted from manifest error or that Plaintiff's new evidence cures the deficiencies in her negligent misrepresentation claim, as previously identified by the Court. *See* W.D. Wash. Local Civ. R. 7(h)(1). Accordingly, Plaintiff's motion for reconsideration (Dkt. No. 114) is DENIED.

//

//

//

DATED this 17th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk