Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN D. SMITH,<br><br>        Plaintiff,<br><br>        vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, and NEW PENN FINANCIAL LLP, d/b/a SHELLPOINT MORTGAGE SERVICING, LLC, MTC FINANCIAL INC., DBA TRUSTEE CORPs, and MALCOLM & CISNEROS, A LAW CORPORATION,<br><br>        Defendants. | Case No. 2:19-cv-00538-JCC<br><br>**FOURTH STIPULATED MOTION AND [PROPOSED ORDER] TO EXTEND TRIAL AND REMAINING CASE DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br><u>JUNE 24, 2020</u> |

After meeting and conferring on June 14, 2021 to discuss extending the trial and the remaining case schedule deadlines pursuant to Local Civil Rules 7(d)(1), 10(g) and 16(b), Plaintiff Karen D. Smith ("Plaintiff"), Defendants The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates Series 2007-SDI ("BNYM"), NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing ("Shellpoint ), and MTC Financial, Inc. dba Trustee Corps ("MTC") hereby stipulate and agree to continue the pending pre-trial deadlines in the case schedule and Trial date as set by the Court's Order entered on April 12, 2021 (Dkt. No. 104).

FOURTH STIPULATED MOTION AND ORDER
TO EXTEND TRIAL AND REMAINING CASE
DEADLINES – 1
2:19-cv-00538-JCC

Donald G. Grant, P.S.
Attorneys and Counselors at Law
2005 SE 192nd Avenue, Suite 200
Camas, WA 98607
TEL: (360) 210-5000
FAX: (360) 907-3094
E-MAIL: don@dongrantps.com

This is the fourth extension of the case schedule requested by the parties. The parties believe this request is made with good cause for an extension of deadlines, trial and case schedule. Currently, given the ADR cutoff date of July 30, 2021, Plaintiff, Shellpoint, and BNYM have a mediation scheduled for July 8, 2021.

At this time, there remain several significant discovery issues pending for the regarding medical experts. Although Plaintiff provided her Expert Report on June 1, 2021, Plaintiff's medical expert has not yet provided his availability for a deposition by Defendants and since Defendants' current deadline to depose Plaintiff's expert is July 12, 2021, more time will be needed to complete that deposition.

In light of the foregoing, the parties now agree that the deadline for expert witness discovery should be continued by 30 days, to September 8, 2021, to allow time for depositions and that the dispositive motion deadline also be continued by 30 days to September 13, 2021. The parties further agree that the remaining pretrial deadlines and trial date be vacated and re-set. The parties have entered into this stipulation which reflects an agreement to mutually cooperate in the management of this action. Accordingly, the parties hereby stipulate and agree to extend the deadlines set forth in the Minute Order filed on April 12, 2021 (Dkt. No. 104) as follows:

| **Case Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Trial | 11/08/2021 | 2/07/2022 |
| Proposed Voir Dire/Jury Instructions/Trial Briefs | 11/04/2021 | 2/03/2022 |
| Proposed Pretrial Order LCR 16(e) | 10/29/2021 | 1/27/2022 |
| Dispositive Motion Filing Deadline | 8/12/2021 | 9/22/2021 |
| LCR 39.1 ADR Deadline | 7/30/2021 | 7/30/2021 |
| Defendant's Pretrial Statement LCR 16(i) | 7/27/2021 | 10/25/2021 |

FOURTH STIPULATED MOTION AND ORDER
TO EXTEND TRIAL AND REMAINING CASE
DEADLINES – 2
2:19-cv-00538-JCC

Donald G. Grant, P.S.
Attorneys and Counselors at Law
2005 SE 192nd Avenue, Suite 200
Camas, WA 98607
TEL: (360) 210-5000
FAX: (360) 907-3094
E-MAIL: don@dongrantps.com

| | | |
|---|---|---|
| Plaintiff's Pretrial Statement LCR 16(h) | 7/16/2021 | 10/14/2021 |
| Discovery Cutoff Re Expert Testimony | | 9/8/2021 |
| Defendant's Disclosure of Expert Testimony Under FRCP 26(a)(2) due | 7/7/2021 | 8/9/2021 |
| Non-Expert Discovery Cutoff | 7/12/2021 | 7/12/2021 |

Dated this 23rd day of June, 2021.

**IT IS SO STIPULATED.**

/s/ Arthur E. Ortiz
Arthur E. Ortiz, WSBA#26676
The Law Office of Arthur E. Ortiz
6015 California Ave. S.W., No. 203
Seattle, WA 98136
telephone: (206) 898-5704
e-mail: arthur@aeolegal.com

/s/ Christina Henry
Christina Henry, WSBA#31273
Henry & DeGraaff, P.S.
119 First Avenue South, Suite 500
Seattle, WA 98104
Tel 206/330-0595
Fax 206-400-7609
e-mail: chenry@HDM-legal.com

/s/ Donald G. Grant
Donald Gene Grant, WSBA#15480
Donald G. Grant, PS
2005 SE 192nd Avenue, Suite 200
Camas, WA 98607
E-Mail: don@dongrantps.com
Attorney for Defendants
The Bank of New York Mellon
fka The Bank of New York, as Trustee for the
Benefit of the Certificateholders of the CWABS Inc.,
Asset-Backed Certificates, Series 2007- SD1
and NewRez LLC dba Shellpoint Mortgage Servicing

FOURTH STIPULATED MOTION AND ORDER
TO EXTEND TRIAL AND REMAINING CASE
DEADLINES – 3
2:19-cv-00538-JCC

Donald G. Grant, P.S.
Attorneys and Counselors at Law
2005 SE 192nd Avenue, Suite 200
Camas, WA 98607
TEL: (360) 210-5000
FAX: (360) 907-3094
E-MAIL: don@dongrantps.com

1  /s/ Michael S. DeLeo
2  Michael Steven DeLeo, WSBA#22037
   10900 NE 4th Street, Ste 1850
3  Bellevue, WA 98004
   Tel# 425-462-4700
4  Email: mdeleo@prklaw.com
   Attorneys for Defendant MTC Financial Inc.,
5  d/b/a Trustee Corps

6  YU MOHANDESI LLP

7  /s/ Pavel Ekmekchyan
8  Pavel Ekmekchyan, Pro Hac Vice
   Neeru Jindal, Pro Hac Vice
9  633 West Fifth Street, Suite 2800
   Los Angeles, CA 90071
10 Phone: (213) 266-5459
   E-Mail: pavel@yumollp.com; njindal@yumollp.com
11 Attorneys for Defendants The Bank of New York Mellon
   fka The Bank of New York, as Trustee for the Benefit
12 of the Certificateholders of the CWABS Inc.,
   Asset-Backed Certificates, Series 2007- SD1
13 and NewRez LLC dba Shellpoint Mortgage Servicing

FOURTH STIPULATED MOTION AND ORDER
TO EXTEND TRIAL AND REMAINING CASE
DEADLINES – 4
2:19-cv-00538-JCC

Donald G. Grant, P.S.
Attorneys and Counselors at Law
2005 SE 192nd Avenue, Suite 200
Camas, WA 98607
TEL: (360) 210-5000
FAX: (360) 907-3094
E-MAIL: don@dongrantps.com

**ORDER**

IT IS SO ORDERED. Accordingly;

The trial date and case schedule deadlines are rescheduled as follows

| Case Event | Deadline |
| --- | --- |
| Trial | 2/07/2022 |
| Proposed Voir Dire/Jury Instructions/Trial Briefs | 2/03/2022 |
| Proposed Pretrial Order LCR 16(e) | 1/27/2022 |
| Dispositive Motion Filing Deadline | 9/22/2021 |
| LCR 39.1 ADR Deadline | 7/30/2021 |
| Defendant's Pretrial Statement LCR 16(i) | 10/25/2021 |
| Plaintiff's Pretrial Statement LCR 16(h) | 10/14/2021 |
| Discovery Cutoff Re Expert Testimony | 9/8/2021 |
| Defendant's Disclosure of Expert Testimony Under FRCP 26(a)(2) due | 8/9/2021 |
| Non-Expert Discovery Cutoff | 7/12/2021 |

The extension of the above discovery deadlines does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

Dated this ___ day of June, 2021.

_____
The Honorable John C. Coughenour
District Court Judge

FOURTH STIPULATED MOTION AND ORDER TO EXTEND TRIAL AND REMAINING CASE DEADLINES – 5
2:19-cv-00538-JCC

Donald G. Grant, P.S.
Attorneys and Counselors at Law
2005 SE 192nd Avenue, Suite 200
Camas, WA 98607
TEL: (360) 210-5000
FAX: (360) 907-3094
E-MAIL: don@dongrantps.com

1

2     CONSENT TO ENTRY GRANTED:

3  /s/ Arthur E. Ortiz
Arthur E. Ortiz, WSBA#26676
4 The Law Office of Arthur E. Ortiz
5 6015 California Ave. S.W., No. 203
Seattle, WA 98136
6 telephone: (206) 898-5704
7 e-mail: arthur@aeolegal.com

8
/s/ Christina Henry
9 Christina Henry, WSBA#31273
Henry & DeGraaff, P.S.
10 119 First Avenue South, Suite 500
Seattle, WA 98104
11 Tel 206/330-0595
12 Fax 206-400-7609
e-mail: chenry@HDM-legal.com
13

14 /s/ Donald G. Grant
Donald Gene Grant, WSBA#15480
15 Donald G. Grant, PS
2005 SE 192nd Avenue, Suite 200
16 Camas, WA 98607
17 E-Mail: don@dongrantps.com
Attorney for Defendants
18 The Bank of New York Mellon fka The Bank of New York,
19 as Trustee for the Benefit of the Certificateholders of the
CWABS Inc., Asset-Backed Certificates, Series 2007- SD1
20 and NewRez LLC fka New Penn Financial, LLC
dba Shellpoint Mortgage Servicing
21

22 /s/ Michael S. DeLeo
Michael Steven DeLeo, WSBA #22037
23 10900 NE 4th Street, Ste 1850
Bellevue, WA 98004
24 Tel# 425-462-4700
Email: mdeleo@prklaw.com
25 Attorneys for Defendant MTC Financial Inc.

26

27

28

FOURTH STIPULATED MOTION AND ORDER
TO EXTEND TRIAL AND REMAINING CASE
DEADLINES – 6
2:19-cv-00538-JCC

Donald G. Grant, P.S.
Attorneys and Counselors at Law
2005 SE 192nd Avenue, Suite 200
Camas, WA 98607
TEL: (360) 210-5000
FAX: (360) 907-3094
E-MAIL: don@dongrantps.com

1  YU MOHANDESI LLP

2  /s/ Pavel Ekmekchyan
   Pavel Ekmekchyan, Pro Hac Vice
3  Neeru Jindal, Pro Hac Vice
   633 West Fifth Street, Suite 2800
4  Los Angeles, CA 90071
5  Phone: (213) 266-5459
   E-Mail: pavel@yumollp.com; njindal@yumollp.com
6  Attorneys for Defendants The Bank of New York Mellon
   fka The Bank of New York, as Trustee for the Benefit
7  of the Certificateholders of the CWABS Inc.,
8  Asset-Backed Certificates, Series 2007- SD1
   and NewRez LLC dba Shellpoint Mortgage Servicing

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOURTH STIPULATED MOTION AND ORDER
TO EXTEND TRIAL AND REMAINING CASE
DEADLINES – 7
2:19-cv-00538-JCC

Donald G. Grant, P.S.
Attorneys and Counselors at Law
2005 SE 192nd Avenue, Suite 200
Camas, WA 98607
TEL: (360) 210-5000
FAX: (360) 907-3094
E-MAIL: don@dongrantps.com

## CERTIFICATE OF SERVICE

I certify that I served the foregoing pleading on the following persons on June 24, 2021, via service through the CM/ECF System:

Arthur E Ortiz
6015 California Avenue SW
No. 203
Seattle, WA 98136
Email: arthur@aeolegal.com
Of Counsel for Plaintiff Karen D. Smith

Christina Latta Henry
Henry & DeGraaff, P.S.
787 Maynard Avenue S.
Seattle, WA 98104
Email: chenry@HDM-legal.com
Of Counsel for Plaintiff Karen D. Smith

Michael Steven DeLeo
Peterson Russell Kelly PLLC
1850 Skyline Tower
10900 NE 4th St.
Bellevue, WA 98004-8341
Email: mdeleo@prklaw.com
Of Counsel for Defendant MTC Financial, LLC

Pavel Ekmekchyan, Pro Hac Vice
Neeru Jindal, Pro Hac Vice
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
Phone: (213) 266-5459
E-Mail: pavel@yumollp.com; njindal@yumollp.com
Attorneys for Defendants The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007- SD1 and NewRez LLC dba Shellpoint Mortgage Servicing

DATED:  June 24, 2021.

/s/ Donald G. Grant
DONALD G. GRANT

FOURTH STIPULATED MOTION AND ORDER
TO EXTEND TRIAL AND REMAINING CASE
DEADLINES – 8
2:19-cv-00538-JCC

Donald G. Grant, P.S.
Attorneys and Counselors at Law
2005 SE 192nd Avenue, Suite 200
Camas, WA 98607
TEL: (360) 210-5000
FAX: (360) 907-3094
E-MAIL: don@dongrantps.com