THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN D. SMITH,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE BANK OF NEW YORK MELLON, *et al.*,<br><br>                    Defendants. | CASE NO. C19-0538-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulated motion to continue the trial date and remaining case deadlines (Dkt. No. 128). The Court hereby GRANTS the motion and ORDERS that trial shall be continued to February 7, 2022. The Court further ORDERS the remaining deadlines in this case are reset as follows:

| CASE EVENT | DEADLINE |
|---|---|
| Trial Briefs | 1/31/2022 |
| Proposed Voir Dire/Jury Instructions | 1/31/2022 |
| Proposed Pretrial Order LCR 16(e) | 1/27/2022 |
| Plaintiff's Pretrial Statement LCR 16(h) | 10/14/2021 |
| Defendant's Pretrial Statement LCR 16(i) | 10/25/2021 |

| | |
|---|---|
| LCR 39.1 ADR Deadline | 7/30/2021 |
| Dispositive Motion Deadline (90 days before trial) | 9/22/2021 |
| Discovery Cutoff re Expert Testimony | 9/8/2021 |
| Non-Expert Discovery Cutoff | 7/12/2021 |
| Defendant's Disclosure of Expert Testimony Under FRCP 26(a)(2) due | 8/9/2021 |

DATED this 11th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk